LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-06686-GAF (PLAx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | HT Pet Products, LLC v. Happytails Canine Spa Line, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

## ORDER TO SHOW CAUSE

Plaintiff's out of state attorneys M. Mitchell Moss and Mark N. Osborn ("Counsel") have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, November 23, 2009** why the Court should allow Counsel to represent Plaintiff before this Court. Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

IT IS SO ORDERED.